No. 93–1770. CIMORELLI *v.* GENERAL ELECTRIC CO. C. A. 1st Cir. Certiorari denied.

No. 93–1772. PUSEY *v.* CITY OF YOUNGSTOWN, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1773. DEATON ET AL. *v.* CITY OF DAYTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1775. MOSESIAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1780. RYAN *v.* SCHUTTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1781. SPENCE *v.* NORFOLK SOUTHERN RAILWAY CO. ET AL. Ct. App. Ga. Certiorari denied.

No. 93–1786. GALIN CORP. ET AL. *v.* MCI TELECOMMUNICATIONS CORP. C. A. 5th Cir. Certiorari denied.

No. 93–1788. BROWNLEE ET AL. *v.* LEAR SIEGLER MANAGEMENT SERVICES CORP. C. A. 10th Cir. Certiorari denied.

No. 93–1792. JONES *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 93–1798. ROOD *v.* PINELLAS COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1800. SACKMAN ET UX. *v.* ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF EAST BRUNSWICK, NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 93–1801. BYRNE ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1813. EL VOCERO DE PUERTO RICO (CARIBBEAN INTERNATIONAL NEWS CORP.) ET AL. *v.* RODRIGUEZ ET AL. Sup. Ct. P. R. Certiorari denied.

No. 93–1818. HICKEY *v.* HOLLISTER ET AL. C. A. 6th Cir. Certiorari denied.